UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

December 3, 2003

9:20 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO.   **3:02-cv-1970 Flores v. Stramble**

Barbara Brazzel-Massaro
City of Bridgeport
Office of the City Attorney
999 Broad St., 2nd Fl.
Bridgeport, CT 06604-4328
203-576-7647

E. Gregory Cerritelli
Knight, Conway & Cerritelli
7 Elm St., 2nd Floor Left
New Haven, CT 06510
203-624-6115

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK