FILED

2004 FEB -4  A 11: 48

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARIA FLORES** | : | |
| Plaintiff, | : | CIV. NO. 3:02CV01970 (WWE) |
| vs. | : | |
| **OFFICER MARK STRAUBEL AND OFFICER RAYMOND LONG** | : | |
| Defendants | : | FEBRUARY 3, 2004 |

## MOTION FOR SUMMARY JUDGMENT

The Defendants, Mark Straubel and Raymond Long, respectfully request that the Court grant Summary Judgment in accordance with Rule 56(c) of the Federal Rules of Civil Procedure as to the Plaintiff's claims of violation of her constitutional rights as set forth below:

1. The Plaintiff's claim of false arrest is not supported by the facts because the Plaintiff paid a fine to the criminal court for the criminal charges. As a matter of law, the officers had probable cause for the arrest and the officers have qualified immunity for her arrest in that they acted as objectively reasonable officers in effectuating the arrest;

2. The Plaintiff's claim of use of excessive force is not supported by the facts and testimony in the action in that the force utilized was only that necessary to

BMF04017                                              1

effectuate the arrest and subdue the Plaintiff as she resisted the officers' attempts to arrest her. It is also alleged that the officers have qualified immunity for the claim of excessive force in that the force utilized by the officers was objectively reasonable; and

3. The Plaintiff has failed to sufficiently allege and present testimony or evidence regarding her claim of infliction of emotional distress and the state claim of assault and battery.

Therefore, the Defendants respectfully request that Summary Judgment should be granted as to them.

THE DEFENDANTS

BY: _____
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street
Bridgeport, CT 06604
Tel. No. 576-7647
Juris No. 06192

BMF04017

2

## CERTIFICATION

This is to certify that a copy of the foregoing "Motion for Summary Judgment" has been mailed, postage prepaid, on this 3rd day of February, 2004, to:

E. Gregory Cerritelli, Esq.
7-9 Elm Street, Suite 2L
New Haven, CT  06510

Barbara Brazzel-Massaro
Commissioner of the Superior Court