FILED

2004 FEB -4  A 11: 48

US

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARIA FLORES** | : | |
| Plaintiff, | : | CIV. NO. 3:02CV01970 (WWE) |
| vs. | : | |
| **OFFICER MARK STRAUBEL AND OFFICER RAYMOND LONG** | : | |
| Defendants | : | FEBRUARY 3, 2004 |

## RULE 56(a)(2) STATEMENT

1.  On November 20, 1999, Mark Straubel and Raymond Long were police officers employed by the City of Bridgeport (Complaint and Answer).

2.  On November 20, 1999, Mark Straubel and Raymond Long were assigned to a special unit that patrolled some of the high crime areas in the City of Bridgeport (Deposition Testimony of Mark Straubel at pages 11 and 13).

3.  On this evening, the officers were in a marked police vehicle on Columbia Street patrolling a housing area known as Marina Village (Deposition Testimony of Mark Straubel at page 13).

4.  Officer Straubel had been patrolling the Marina Village area a few months before this evening in 1999 (Deposition Testimony of Mark Straubel at page 43).

BMF04002                                                     1

5. Before this date, Straubel had not seen the car driven by Flores in any of the parking lots surrounding the residential units or area of Marina Village (Deposition Testimony of Mark Straubel at page 44).

6. The area around Marina Village is really a hot spot for crimes like shootings and narcotics (Testimony of Flores at page 73).

7. Ms. Flores was the driver of a rented automobile on this evening (Deposition Testimony of Maria Flores at pages 44-45).

8. On November 20, 1999, Ms. Flores had stopped at a market on Columbia Street and left her minor daughter and the babysitter in the car while she went into the market (Deposition Testimony of Flores at page 58).

9. When Ms. Flores came out of the market, she was mad and upset (Statement of Stephanie Norling).

10. Ms. Flores started the car and stepped on the gas in a manner which made the tires screech and left tire marks on the pavement in front of the store (Statement of Stephanie Norling and Deposition Testimony of Mark Straubel).

11. The car driven by Ms. Flores came out of the parking space at a fast rate of speed in the direction of the car operated by Officers Straubel and Long (Deposition Testimony of Mark Straubel at page 17).

12. Officer Straubel was concerned that, among other things, the car had weapons (Deposition Testimony of Mark Straubel at page 19).

13. Officer Straubel approached the driver's side door of the car and requested the license and registration of the car from the driver (Deposition Testimony of Mark Straubel at page 19).

14. The officers had utilized the overhead lights as well as the spot light to see the driver more clearly and, in particular, her hands (Deposition Testimony of Mark Straubel at page 20).

15. Because of the manner in which Flores had driven, Straubel had a suspicion she may have been involved in some sort of crime (Deposition Testimony of Mark Straubel at page 21).

16. Ms. Flores' response to the officers was so hostile that Officer Long called for a backup police unit (Deposition Testimony of Mark Straubel at page 22). Flores commented to the officer when he approached "are you going to fucking harass me?" (Deposition Testimony of Maria Flores at page 65).

17. Ms. Flores indicated that the area where this occurred was really a hot spot for drugs and there are a lot of drugs that are sold and a lot of bad activity in the area (Deposition Testimony of Flores at pages 73-74).

18. Additionally, as she was seated in the car, she hit the steering wheel . . . and said "Damn, Stephanie. Why things always got to happen to me when I'm trying to do the right thing?" Ms. Flores was agitated, that is making violent movements and using profanity (Deposition Testimony of Mark Straubel at page 68).[7]

19. During the time the officers were reviewing her paperwork, Flores started to put up her driver's side window (Deposition of Flores at pages 68-69). This caused alarm for Straubel because he believed she was about to lock the car, barricade herself in and then we would have an incident of her leaving, us being struck or dragged (Deposition of Straubel at pages 42-43).

20. Ms. Flores began to use profanity and move violently to attack Officer Straubel when he reached for the car keys to prevent her from being able to leave the scene (Deposition Testimony of Mark Straubel at page 23).

21. Ms. Flores was removed from the car and Officer Straubel struggled with her to handcuff her. She was sprayed with OC spray by Officer Long after she was removed from the car and while struggling with Straubel (Deposition Testimony of Mark Straubel at page 26).

22. Only after she was subdued did the officers note a contusion type injury on her head and small amount of blood from behind her left ear (Deposition Testimony of Mark Straubel at pages 26-27).

23. Ms. Flores was transported directly to the hospital by the officers and two officers as backup because of her combative nature (Deposition Testimony of Mark Straubel at page 27).

24. Ms. Flores was charged with risk of injury to a minor because of the reckless operation of the car and her resisting and struggling with the officer, as well as

interfering with an officer because of this behavior (Deposition Testimony of Mark Straubel at page 29).

25.  Sergeant Belco in Booking added the charge of criminal attempt to assault a police officer. This was based on her attack of Straubel, punching, kicking and resisting the handcuffs. She scratched his neck (Deposition Testimony of Mark Straubel at pages 29-30).

26.  Officer Straubel did not know how Ms. Flores got the injury (Deposition Testimony of Mark Straubel at page 38).

27.  Straubel used only his hands to arrest and control Ms. Flores (Deposition Testimony of Mark Straubel at page 42).

28.  Straubel would not use OC spray while Ms. Flores was in the car because of her agitated state and the fact that others were also in the car and his training regarding the use of OC spray included instruction that it not be sprayed into a vehicle (Deposition Testimony of Mark Straubel at pages 48-49).

29.  Throughout the time Straubel was trying to handcuff Ms. Flores, she attempted to kick, resist arrest and flail her arms. She continued her use of profanity in the police car as she kicked the back of the cage and spit (Deposition Testimony of Mark Straubel at page 50).

BMF04002

5

30. While in the back of the car, Ms. Flores did not complain about a head injury Her only complaint was the use of the OC Spray (Deposition Testimony of Mark Straubel at page 50).

31. The court imposed a fine of $50.00 per count on the criminal charges for a total of $150.00 for the charges on November 20, 1999 (Deposition Testimony of Flores at page 161).

THE DEFENDANTS

BY: *Barbara B. Massaro*
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street
Bridgeport, CT 06604
Tel. No. 576-7647
Juris No. 06192

BMF04002                                6

## CERTIFICATION

This is to certify that a copy of the foregoing "Rule 56(a)(2) Statement" has been mailed, postage prepaid, on this 3rd day of February, 2004, to:

E. Gregory Cerritelli, Esq.
7-9 Elm Street, Suite 2L
New Haven, CT 06510

_____
Barbara Brazzel-Massaro
Commissioner of the Superior Court