UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA FLORES | : | CIV. NO. 3:02CV01970(WWE) |
| v. | : | |
| OFFICER MARK STRAUBEL and<br>OFFICER RAYMOND LONG | : | FEBRUARY 17, 2004 |

### PLAINTIFF'S LOCAL 9(C)2 STATEMENT

Pursuant to Local Rule 9(c)(2), plaintiff submits this statement admitting or denying the facts as presented in defendants' Local Rule 9(c) statement.

**SECTION I:**

1. ADMITTED
2. ADMITTED
3. ADMITTED
4. ADMITTED
5. ADMITTED

KNIGHT, CONWAY & CERRITELLI, L.L.C. • ATTORNEYS AT LAW
7-9 ELM ST., 2ND FLR LEFT • NEW HAVEN, CONNECTICUT 06510 • (203) 624-6115 • FAX (203) 624-4791

6. ADMITTED

7. ADMITTED

8. ADMITTED

9. ADMITTED

10. ADMITTED

11. DENIED

12. ADMITTED

13. ADMITTED

14. ADMITTED

15. ADMITTED

16. ADMITTED

17. ADMITTED

18. DENIED

19. DENIED

20. DENIED

21. ADMITTED

22. ADMITTED

23. ADMITTED

24. ADMITTED

25. ADMITTED

26. ADMITTED

27. DENIED

28. ADMITTED

29. DENIED

30. DENIED

31. ADMITTED

                              THE PLAINTIFF
                              MARIA FLORES

                              BY_____
                              E. Gregory Cerritelli
                              7 Elm Street, Suite 2L
                              New Haven, CT 06510
                                  (203) 624-6115
                              Federal Bar No. ct20784
                              her attorney

## **CERTIFICATION**

This is to certify that a copy hereof has been sent via first class mail, postage prepaid on February 17, 2004, to the following parties and counsel of record:

> Attorney Barbara Massaro
> Assistant Corporation Counsel
> City of Bridgeport
> 999 Broad Street, 2nd floor
> Bridgeport, CT 06604

_____
E. Gregory Cerritelli