UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR 15 P 3: 11

U.S. DISTRICT COURT
BRIDGEPORT, CONN

FLORES,
      Plaintiffs,

v.                                      No. 3:02CV1970(WWE)

MARK STRAUBEL and OFFICER
RAYMOND LONG,
      Defendants.

ORDER OF TRANSFER

In the interests of justice, the above-captioned case is hereby transferred to the docket of the Honorable Judge Robert N. Chatigny for all purposes. All future pleadings or documents in this matter should be filed with the Clerk's Office in Hartford,CT and bear the docket number 3:02cv1970(RNC). Pleadings or documents filed at any other seat of court will be refused at the Clerk's Office and returned to you unfiled.

IT IS SO ORDERED.

Dated this 15th day of March, 2004 at Bridgeport, Connecticut.

_____
Warren W. Eginton, Senior U.S. District Judge