UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 AUG 23  P 12: 07

U.S. DISTRICT COURT
HARTFORD, CT.

MARIA FLORES,

    Plaintiff,

V.

OFFICER MARK STRAUBEL AND
OFFICER RAYMOND LONG,

    Defendants.

CASE NO. 3:02-CV-1970(RNC)

## RULING AND ORDER

Plaintiff Maria Flores brings this action pursuant to 42 U.S.C. § 1983 against defendants Mark Straubel and Raymond Long, both Bridgeport police officers, claiming that they falsely arrested her and subjected her to excessive force in violation of the Fourth Amendment. State law claims for assault and battery and intentional infliction of emotional distress are also presented. Defendants have moved for summary judgment. The motion is granted as to the false arrest claim, but denied as to the other claims.

## BACKGROUND

The parties agree that defendants saw plaintiff exit a parking lot at a high rate of speed. They also agree that when Officer Straubel approached the driver's side door, plaintiff swore at him. Beyond that, their accounts diverge. Defendants state that plaintiff began to raise the driver's side window, attacked Officer Straubel when he opened the door, and continued to struggle with them to such a degree that they had to use mace to subdue her. Plaintiff states that she was yanked out of her

car, thrown to the ground, struck on the head with a gun or nightstick, picked up by the hair, and sprayed repeatedly in the face with pepper spray, even though she offered no resistance at anytime.

As a result of plaintiff's encounter with the defendants, she was charged with, among other things, interfering with an officer, assaulting an officer, reckless driving, unsafe movement from a stopped position, and failure to wear a seat belt. These charges were disposed of after the court imposed a fine of $150.

## DISCUSSION

To obtain summary judgment, defendants must establish that there is no genuine issue of material fact and that they are entitled to judgment as a matter of law. In deciding the motion, the court must view the evidence in a light most favorable to the plaintiff, and give her the benefit of all reasonable inferences. See generally Celotex Corp. v. Catrett, 477 U.S. 317 (1986).

Plaintiff's memorandum in opposition to the motion for summary judgment does not attempt to preserve the false arrest claim, which is therefore deemed abandoned, but her other claims easily survive. Crediting her version of the incident, she offered no resistance, so the officers' use of force was not only unnecessary but extreme and outrageous.

## CONCLUSION

Accordingly, the motion for summary judgment is granted as to the false arrest claim but otherwise denied.

So ordered.

Dated at Hartford, Connecticut this 20th day of August 2004.

_____
Robert N. Chatigny
United States District Judge