UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA FLORES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | CASE NO. 3:02CV1970(RNC) |
| | : | |
| MARK STRAUBLE, ET AL., | : | |
| | : | |
| Defendants. | : | |

SCHEDULING ORDER

A settlement conference will be held on **October 5, 2004,** at 1:00 p.m., in Chambers Room 135 in the Annex of the United States Courthouse, 450 Main Street, Hartford. If the case does not settle, a joint trial memorandum in the form described in the attached addendum will be filed on or before **December 8, 2004.** Counsel signing the memorandum must certify that it is the product of consultation between the lawyers who will be trying the case.

The case will be placed on the trial ready list for **January 2005.**

So ordered.

Dated at Hartford, Connecticut this       day of September 2004.

_____/s/RNC_____
Robert N. Chatigny, U.S.D.J.