NOTICE TO COUNSEL:  ALL PARTIES SHALL BE COUNSELED BY THEIR
RESPECTIVE ATTORNEYS SO AS TO BE PREPARED TO CONSIDER SETTLEMENT
REASONABLE REFLECTIVE OF THE ISSUES IN THIS CASE, THE EVIDENCE
BEARING THEREON, THE APPLICABLE LAW AND THE RANGE OF POSSIBLE
RESULTS IN AN ADJUDICATION.  EACH PARTY NECESSARY TO
CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE TIME SET
FORTH ABOVE.

AT LEAST TWO (2) DAYS BEFORE THE CONFERENCE DATE, EACH PARTY
SHALL SUBMIT TO CHAMBERS A MARKED CONFIDENTIAL EX PARTE STATEMENT
OF THE FOLLOWING:

1) ALL CLAIMS; 2) FACTUAL BASIS FOR CLAIMS (INCLUDING DAMAGES);
3) RANGE OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5)
PROSPECTS FOR SUCCESS AND REASONS THEREFOR; 6) SETTLEMENT
DEMANDS/OFFERS INCLUDING THE ELEMENTS AND STRUCTURE OF POSSIBLE
SETTLEMENT.