FILED

2004 DEC -9 A 10: 34

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIA FLORES, | : NO. 3:02CV1970(RNC) |
| Plaintiff | : |
| VS | : |
| MARK STRAUBEL AND RAYMOND LONG | : DECEMBER 8, 2004 |
| Defendants | : |

## JOINT TRIAL MEMORANDUM

**I. Trial Counsel**

Counsel for the plaintiff is E. Gregory Cerritelli, Knight, Conway & Cerritelli, LLC, 7 Elm Street, Suite 2L, New Haven, CT 06510. Counsel for the defendants is Barbara Brazzel-Massaro, Office of the City Attorney, 999 Broad Street, 2nd floor, Bridgeport, CT 06604.

**II. Jurisdiction**

Jurisdiction of the Court is invoked under the provisions of §§ 1331, 1343(3), and 1367 (a) of Title 28 and §§ 1983 and 1988 of Title 42 of the United States Code. The plaintiff further invokes the pendant jurisdiction of this Court to hear and decide claims arising under State law.

1

III.  **Jury/Non-Jury**

This case is to be tried to a jury.

IV.  **Length of Trial**

The parties anticipate the case will take three (3) days to try, exclusive of jury selection.

V.  **Further Proceedings**

The parties do not anticipate the need for any further proceedings prior to trial.

VI.  **Nature of the Case**

This is an action for money damages against the defendants, Mark Straubel and Raymond Long, individually and in their official capacity as police officers of the Bridgeport Police Department for alleged violations of the Plaintiff's constitutional rights under the laws of the United States and the State of Connecticut. The causes of action alleged are:

A.  Unreasonable force in violation of the Fourth and Fourteenth Amendments to the United States Constitution and 42 U.S.C. § 1983.

B.  Assault and Battery under Connecticut law.

C.  Intentional infliction of emotional distress under Connecticut law. Plaintiff claims compensatory and punitive damages, costs and attorney fees.

**Defenses**

The defendants deny each and every material allegation of plaintiff's complaint and assert the defense of qualified immunity.

VII. **Trial by Magistrate Judge**

The parties <u>consent</u> to trial by magistrate judge.

VIII. **List of Witnesses**

**The plaintiff anticipates calling the following witnesses at trial:**

<u>Maria Flores</u>, 405B Granfield Avenue, Bridgeport, CT 06608

The plaintiff Maria Flores will testify about the facts and circumstances relating to her arrest and brutal beating. She will also testify about her past medical treatment and how the beating affected her life. (2.5 hours)

<u>Carmen Montanez</u>, 405B Granfield Avenue, Bridgeport, CT 06608

The witness, Carmen Montanez, is plaintiff's daughter. This witness will testify about the facts that gave rise to her mother's arrest and beating. (1.0 hour)

<u>Larry Boyd</u>, 427 Colombia Avenue, Marina Village, Bridgeport, CT 06608

The witness was present during the motor vehicle stop and subsequent arrest of plaintiff. He witnessed all or part of the event that gave rise to plaintiff's injuries and will testify to his observations and defendants' interaction with plaintiff. (1/2 hour)

<u>Stephanie Norling</u>, 65 Lovell Street, Stratford, CT 06606

The witness, Stephanie Narling, is plaintiff's daughter. This witness will testify about the facts that gave rise to her mother's arrest and beating. (1/2 hour)

<u>Mark Straubel</u>, 300 Congress Street, Bridgeport, CT 06604

The defendant will testify concerning his knowledge of events relating to his interaction with the plaintiff, Maria Flores. (1.0 hour)

<u>Raymond Long</u>, 300 Congress Street, Bridgeport, CT 06604

The defendant will testify concerning his knowledge of events relating to his interaction with the plaintiff, Maria Flores. (1.0 hour)

<u>Records Custodian, Bridgeport Hospital</u> - 267 Grant Street, New Haven, CT 06504

The plaintiff will call a records custodial from Bridgeport Hospital to testify concerning the business nature of medical records contained at Bridgeport Hospital prepared for the treatment of Maria Flores.

<u>Records Custodian, Medical Office of Eric Katz</u> - 3180 Main Street, Bridgeport, CT 06606

The plaintiff will call a records custodial from Dr. Eric Katz office to testify concerning the business nature of medical records contained at this medical office prepared for the treatment of Maria Flores.

<u>Records Custodian, Medical Office of Firgeleski Chiropractic Center</u> - 2 Daniels Farms Road, Trumbull, CT 06611

The plaintiff will call a records custodial from Dr. Joseph Firgeleski's office to testify concerning the business nature of medical records contained at this medical office prepared for the treatment of Maria Flores.

**The defendants anticipates calling the following witnesses at trial:**

<u>Sergeant Mark Strabuel</u> – 300 Congress Street, Bridgeport, CT 06604

Sergeant Straubel may testify as to the events surrounding the arrest of Ms. Flores, his familiarity with the area, and the basis of his stop of her automobile.
(Testimony – 1 hour)

<u>Police Officer Raymond Long</u> – 300 Congress Street, Bridgeport, CT 06604

Police Officer Long may testify as to his assistance in the arrest of Ms. Flores and observations at the time of the arrest. (Testimony – 1 hour)

<u>Representative from Office of Internal Affairs</u> – 999 Broad Street, Bridgeport, CT 06604

May testify as to the booking procedure and booking video regarding Ms. Flores. (Testimony – 15 minutes)

<u>Sergeant James Baraja</u> – 999 Broad Street, Bridgeport, CT 06604

Sergeant Baraja may testify as to his actions at the location where Ms. Flores was arrested and what he saw and heard from Ms. Flores and others at the time. (Testimony - 30 minutes)

<u>Police Officer John Cummings</u>, 300 Congress Street, Bridgeport, CT 06604

Officer Cummings may testify as to what he saw and did when he arrived at Ridge Avenue at Columbia Street on November 20, 1999 in response to the incident with Ms. Flores. (Testimony – 30 minutes)

<u>Police Officer Manuel Cotto</u> – 300 Congress Street, Bridgeport, CT 06604

Police Officer Cotto may testify as to what he did and he saw when he arrived at Ridge Avenue and Columbia Street on November 20, 1999 when Ms. Flores was arrested. (Testimony – 20 minutes)

<u>Sergeant Brian Fitzgerald</u> – 300 Congress Street, Bridgeport, CT 06604

Sergeant Fitzgerald may testify as to his assistance with Ms. Flores on November 20, 1999. (Testimony – 20 minutes)

<u>Police Officer Frank Delbouno</u> - 300 Congress Street, Bridgeport, CT 06604

Police Officer Delbouno may testify as to what he saw and did when he arrived as a cover on the incident involving Ms. Flores on November 20, 1999. (Testimony – 20 minutes)

<u>Physician Assistant John Woods</u> – Bridgeport Hospital Emergency Room, Mill Hill Avenue, Bridgeport, CT

Mr. Woods may testify concerning the injury he saw to Ms. Flores, the treatment and the causes of such injury. (Testimony – 30 minutes)

<u>Sergeant Bruce Belco -</u> 300 Congress Street, Bridgeport, CT 06604

Sergeant Belco may testify as to Flores' actions and demeanor and state of mind in the Booking Area of the Bridgeport Police Department. (Testimony – 15 minutes)

<u>Detective Joette Devan</u> - 300 Congress Street, Bridgeport, CT 06604

Detective Devan may testify as to Flores' actions, demeanor and state of mind in the Booking Area of the Bridgeport Police Department. (Testimony – 15 minutes)

<u>Leo Rossitto</u> – 933 E. Main Street, Bridgeport, CT

Mr. Rossitto may testify as to the employment of Ms. Flores and his involvement in this action. (Testimony – 15 minutes)

### IX.  Deposition Testimony

The parties do not anticipate the need to use deposition testimony, except for impeachment purposes.

### X.  Exhibits

**Plaintiff's anticipated exhibits:**

Medical reports from Bridgeport Hospital dated 11-20-1999

Medical Bills from Bridgeport Hospital

Medical Report from Dr. Katz dated 12/9/99, 1/31/00, 9/1/00

Medical Bill from Dr. Katz

Medical Reports from Dr. Joseph Firgeleski dated 11/29/99 through 7/5/00

Medical Bills from Dr. Joseph Firgeleski dated 11/29/99 through 7/5/00

Photographs depicting plaintiff's injuries

Photographs depicting Columbia Street, Bridgeport

**Defendants' anticipated exhibits:**

Flashlight of police officer

Statement of Maria Flores

Statement of Stephanie Norling

Statement of Carmen Montanez

Weather records for November 20, 1999

Work records of Ms. Flores

Use of Force Form filled out by Police Officer Long

List of cases in which Mr. Larry Boyd was witness or complainant to Police Department

Handcuffs

Photo of Area

Map of Areas and Streets

OC Spray case

Prisoner Inventory Sheet from Booking

Telephone Request Sheet from Booking

Daily Log – Booking for Saturday, November 20, 1999

Booking Tape re: Ms. Flores Booking

Flores Drawing re: Area of Stop, Ex. 13 – Flores Deposition

## XI. Anticipated Evidentiary Problems/Motions in Limine

Motion to Sequester Witnesses

## XII. Stipulation of Facts and Law

The parties stipulate that at all times mentioned in plaintiff's complaint, the defendant officers were members of the Bridgeport Police Department and were acting under color of law. Every other material allegation remains in dispute.

## XIII. Trial to Court/Jury

The matter will be tried to a jury. Attached hereto are plaintiff's and defendants' proposed jury charges and verdict form.

| | |
|---|---|
| THE PLAINTIFF<br>MARIA FLORES | THE DEFENDANTS<br>MARK STRAUBEL & RAYMOND LONG |
| By: _____<br>E. Gregory Cerritelli<br>7 Elm Street<br>New Haven, CT 06510<br>203-624-6115 (tel)<br>203-624-4791(fax)<br>Federal Bar No. Ct20784 | By: _____<br>Barbara Brazzel-Massaro<br>Associate City Attorney<br>Office of the City Attorney<br>999 Broad Street, 2nd Floor<br>Bridgeport, CT 06604<br>Tel. No. 203/576-7647<br>Federal Bar No. 05746 |