UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 DEC 20 A 11: 31
U.S. DISTRICT COURT
HARTFORD, CT.

MARIA FLORES,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　Plaintiff,　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　:
　　v.　　　　　　　　　　　　　　　: CASE NO. 3:02CV1970 (RNC)
　　　　　　　　　　　　　　　　　　:
MARK STRAUBEL and RAYMOND LONG,　 :
　　　　　　　　　　　　　　　　　　:
　　　Defendants.　　　　　　　　　 :

### REFERRAL TO MAGISTRATE JUDGE

The parties to the above-captioned civil matter have consented to proceed before a United States Magistrate Judge for all further proceedings in the case, including trial and the entry of a final judgment. The above-captioned case is referred to Magistrate Judge <u>Donna F. Martinez</u>.

The parties are instructed to complete the attached consent form and return it to the undersigned for approval.

So ordered.

Dated at Hartford, Connecticut this 20 day of December 2004.

　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　Robert N. Chatigny
　　　　　　　　　　　　　　　　　　United States District Judge