UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARIA FLORES,
      Plaintiff,

v.                        CASE NO. 3:02CV1970 (RNC)

MARK STRAUBLE, ET AL.,
      Defendants.

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

     In accordance with the provisions of Title 28 U.S.C., Section 636(c), any appeal in this case will be taken to the United States Court of Appeals.

_[signature: Meg Cantelli]_               12/27/04
                                                          Date

                                                          Date

_[signature: Barbara B. Massaro]_       1/4/05
**Barbara Brazzel-Massaro**                Date

FILED 2005 FEB -3 P 1:24 U.S. DISTRICT COURT

_Left margin (handwritten/stamped):_ Robert N. Chatigny / U.S.D.J. — This case is hereby referred for all further proceedings, including trial and entry of final judgment to Magistrate Judge Donna F. Martinez. So ordered. February 3, 2005. Approved.

TOTAL P.01