FILED
2005 FEB -7 P 1:06
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA FLORES | : | |
| Plaintiff, | : | CIV. NO. 3:02CV01970 (RNC)(DFM) |
| vs. | : | |
| OFFICER MARK STRAUBEL AND OFFICER RAYMOND LONG | : | |
| Defendants | : | FEBRUARY 4, 2005 |

## MOTION FOR CONTINUANCE

The Defendants respectfully request a continuance of the Status Conference scheduled for March 15, 2005 at 2:45 p.m. because counsel for the Defendants will not be in the office from March 14, 2005 to March 24, 2004 because of a personal family commitment

Counsel is available any day other than between March 14, 2005 and March 24, 2005.

In accordance with Local Rule 9, Defendants' counsel has contacted Plaintiff's counsel and he has no objection to the continuance.

This is the Defendants first request for a continuance of the Status Conference.

BMF05022

1

THE DEFENDANTS

BY: *Barbara B. Massaro*
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street
Bridgeport, CT  06604
Tel. No. 576-7647
Juris No. 06192

## CERTIFICATION

This is to certify that a copy of the foregoing "Motion for Continuance" has been mailed, postage prepaid, on this 4th day of February, 2005, to:

E. Gregory Cerritelli, Esq.
7-9 Elm Street, Suite 2L
New Haven, CT  06510

*Barbara B. Massaro*
Barbara Brazzel-Massaro

BMF05022

2