UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARIA FLORES          :
                      :
        Plaintiff,    :    CIV. NO. 3:02CV01970 (AWE)
    vs.               :
                      :
OFFICER MARK STRAUBEL AND :
OFFICER RAYMOND LONG  :
                      :
        Defendants    :    FEBRUARY 4, 2005

### NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

### "MOTION FOR CONTINUANCE"

This document has not been filed electronically because:
- ☒ the document cannot be converted to an electronic format
- ☐ the electronic file size of the document exceeds 1.5 megabytes
- ☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
- ☐ Defendant is excused from filing this document by Court order

The document has been manually served on all parties.

THE DEFENDANT

By: _____
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647/Fed. Bar #05746

BMF05022                                1

## CERTIFICATION

This is to certify that a copy of the "Notice of Manual Filing" has been mailed, postage prepaid, on this 4th day of February, 2005, to:

E. Gregory Cerritelli, Esq.
7-9 Elm Street, Suite 2L
New Haven, CT 06510

*Barbara B. Massaro*
Barbara Brazzel-Massaro