FILED

2005 MAY 11 P 2: 58

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA FLORES | : | |
| Plaintiff, | : | CIV. NO. 3:02CV01970 (WWE)(DFM) |
| vs. | : | |
| OFFICER MARK STRAUBEL AND OFFICER RAYMOND LONG | : | |
| Defendants | : | MAY 10, 2005 |

### AMENDED TRIAL MEMORANDUM

The Defendants have submitted an amended Proposed Verdict Form in accordance with the request of Magistrate Martinez during the Pretrial Conference conducted on Friday, May 6, 2005.

THE DEFENDANTS

BY: *Barbara S. Massaro*
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street
Bridgeport, CT 06604
Tel. No. 576-7647
Juris No. 06192

BMF05068

1

## CERTIFICATION

This is to certify that a copy of the foregoing "Amended Trial Memorandum" has been mailed, postage prepaid, on this 10th day of May, 2005, to:

E. Gregory Cerritelli, Esq.
7-9 Elm Street, Suite 2L
New Haven, CT  06510

_____
Barbara Brazzel-Massaro