UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARIA FLORES** : | |
| : | |
| Plaintiff, : | CIV. NO. 3:02CV01970 (WWE)(DFM) |
| : | |
| **vs.** : | |
| : | |
| **OFFICER MARK STRAUBEL AND** : | |
| **OFFICER RAYMOND LONG** : | |
| : | |
| **Defendants** : | MAY 10, 2005 |

**PROPOSED VERDICT FORM**

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

I.  **U.S. Constitution – Excessive Force Claim:**

   A.  With respect to each of the following defendants, has the plaintiff proven by a preponderance of the evidence that that defendant violated his constitutional right to be free from the use of excessive force?

   Mark Straubel    _____ Yes    _____ No

   Raymond Long    _____ Yes    _____ No

   If you answered "No" as to both defendants, proceed to Part II. If you answered "Yes" as to any defendant, proceed to Part I.B.

BMF05066                          1

B.  If you answered "Yes" as to any defendant in Part I.A., has that defendant proven by a preponderance of the evidence that he is immune from liability under the defense of qualified immunity because a reasonable police office in that defendant's situation would have believed his conduct to be lawful?

> Please note: If your answer in Part I.A. as to a defendant was "No," you should not respond to this question for that defendant.

        Mark Straubel       \_\_\_\_\_ Yes       \_\_\_\_\_ No

        Raymond Long     \_\_\_\_\_ Yes       \_\_\_\_\_ No

II. **State Law Claim – Assault and Battery:**

With respect to each of the following defendants, has the plaintiff proven by a preponderance of the evidence that that defendant engaged in conduct that constituted assault and battery of the plaintiff in violation of Connecticut law?

        Mark Straubel       \_\_\_\_\_ Yes       \_\_\_\_\_ No

        Raymond Long     \_\_\_\_\_ Yes       \_\_\_\_\_ No

(proceed to Part III)

III. **State Law Claim – Intentional Infliction of Emotional Distress**

With respect to each of the following defendants, has the plaintiff proven by a preponderance of the evidence that that defendant intentionally inflicted emotional distress upon her in violation of Connecticut law?

        Mark Straubel       \_\_\_\_\_ Yes       \_\_\_\_\_ No

        Raymond Long     \_\_\_\_\_ Yes       \_\_\_\_\_ No

IV.  **If No Liability**

If you have concluded that no defendant is liable to the plaintiff under any claim, proceed to Part VII. Otherwise, proceed to Part V.

V.  **Compensatory Damages/Nominal Damages**

> Please note that you cannot award both compensatory and nominal damages on the same claim.

A.  With respect to any defendant you find to be liable to the plaintiff, has the plaintiff proven by a preponderance of the evidence that she sustained injury or damage as a result of the wrongful conduct of that defendant?

> Please note: you should not respond to this question as to a defendant unless you concluded that the defendant is liable to the plaintiff.

|  |  |  |
|---|---|---|
| Mark Straubel | _____ Yes | _____ No |
| Raymond Long | _____ Yes | _____ No |

(proceed to Part V.B.)

B.  If your answer to Part V.A. is "Yes" as to any defendant, what is the amount of compensatory damages you determine to be fair, just and reasonable?

Compensatory Damages:    $_____

(proceed to Part V.C.)

C.     If your answer to Part V.A. is "No" as to any defendant, but you have found that there was a violation of a right secured by the U.S. Constitution for which the defendant is liable (i.e., you completed and answered "No" to part I.B. as to that defendant), you <u>must</u> award nominal damages in the amount of $1.00. Please enter that amount.

Nominal Damages:      $ _____

VI. **Punitive Damages**

With respect to each of the following defendants, if you found that that defendant is liable to the plaintiff for compensatory or nominal damages, do you also find that, because of his conduct, he is liable for punitive damages?

| | | |
|---|---|---|
| Mark Straubel | _____ Yes | _____ No |
| Raymond Long | _____ Yes | _____ No |

(proceed to Part VII)

VII. **If you find that either Defendants' action was punitive, what amount of punitive damages do you award?**

$ _____

VIII. **You have now completed your deliberations. Please sign and date this form.**

Dated at Bridgeport, Connecticut this _____ day of August, 2005

_____
**Foreperson**