FILED

2005 JUN 24  A 11: 00

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

MARIA FLORES,                                :        3:02 CV-1970 (RNC)

          Plaintiff,             :

                                      :

V.                                            :

MARK STRAUBEL &                               :
RAYMOND LONG                                  :

          Defendants.             :        JUNE 24, 2005


### PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM

Pursuant to the Court's Order dated May 6, 2005 and the United State's District Court, District of Connecticut, Standing Order regarding Trial Memoranda in Civil Cases the plaintiff, Maria Flores, respectfully submits the following Proposed Jury Interrogatories:

**THE JURY MUST UNANIMOUSLY AGREE ON THE ANSWERS TO ALL OF THE FOLLOWING QUESTIONS:**

**Questions 1:  Unreasonable Force/Qualified Immunity**

1(a)  Did Officer Raymond Long use unreasonable force against Maria Flores on November 20, 1999?

                        YES_____              NO_____

If you answered Question 1(a) "Yes," answer Question 1(b).
If you answered Question 1(a) "No," go to question 2(a).

KNIGHT, CONWAY & CERRITELLI, L.L.C.  •  ATTORNEYS AT LAW
7 ELM ST., 2ND FLR LEFT  •  NEW HAVEN, CONNECTICUT 06510  •  (203) 624-6115 • FAX (203) 624-4791

1(b) Did Officer Raymond Long prove that a reasonable police officer in this situation would have believed that the force employed was not unreasonable?

YES_____        NO_____

If you answered Question 1(b) "Yes," go to question 2(a).
If you answered "No" to Question 1(b), go to question 1(c).

1(c)    Did the use of unreasonable force proximately cause any harm to Maria Flores?

YES_____        NO_____

If you answered Question 1(c) "Yes," answer Question 1(d).
If you answered "No" to Question 1(c), go to question 2(a).

1(d)    What amount of money is necessary to compensate Maria Flores for any harm suffered as a result of the violation to be free from the use of unreasonable force that you have found proven?

$_____

2(a)    Did Officer Mark Straubel use unreasonable force against Maria Flores on November 20, 1999?

YES____        NO____

If you answered Question 2(a) "Yes," answer Question 2(b).
If you answered Question 2(a) "No," sign and date the special verdict form.

2(b)   Did Officer Mark Straubel prove that a reasonable police officer in this situation would believed that the force employed was not unreasonable?

YES_____          NO_____

If you answered Question 2(b) "Yes," sign and date the special verdict form.
If you answered "No" to Question 2(b), go to question 2(c).

2(c)   Did the use of unreasonable force proximately cause any harm to Maria Flores?

YES_____          NO_____

If you answered Question 2(c) "Yes," answer Question 2(d).
If you answered "No" to Question 2(c), sign and date the special verdict form.

2(d)   What amount of money is necessary to compensate Maria Flores for any harm suffered as a result of the violation to be free from the use of unreasonable force that you have found proven?

$_____

You have now completed your deliberations.

**AFTER YOU HAVE COMPLETED YOUR DELIBERATIONS, THE FOREPERSON SHOULD SIGN AND DATE THE SPECIAL VERDICT FORM, THEN SEND A NOTE TO THE COURT THROUGH THE DEPUTY MARSHAL.   DO NOT GIVE THE VERDICT TO THE MARSHAL.**

_____
Foreperson (must be signed in ink)

_____
Date

Respectfully Submitted,

The Plaintiff,
Maria Flores


BY:_____
        E. GREGORY CERRITELLI, ESQ.
        Knight, Conway & Cerritelli, LLC
        Fed. Bar No. ct20784