

FILED

2005 JUN 24  A 11: 00

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARIA FLORES,** | : NO. 3:02CV1970(RNC) |
| Plaintiff, | : |
| V. | : |
| **MARK STRAUBEL AND RAYMOND LONG,** | : |
| **Defendants.** | : JUNE 24, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that the plaintiff has manually filed the attached Proposed Special Verdict Form and Plaintiff's Supplemental Request to Charge because the documents cannot be converted to an electronic format.

These documents have been manually served on all parties.

THE PLAINTIFF,
MARIA FLORES

BY: _____
Gregory Cerritelli
Knight, Conway & Cerritelli, LLC
Fed. Bar No. ct20784

## CERTIFICATION

This is to certify that a copy of the "Notice of Manual Filing" has been mailed, postage prepaid, on this 24th day of June, 2005, to:

Barbara Brazzel-Massaro
Associate City Attorney
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604

_____
E. Gregory Cerritelli