2005 JUL 22 A 10: 22

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARIA FLORES                    :
        Plaintiff,       :   CIV. NO. 3:02CV01970 (RNC)(DFM)
                         :
vs.                             :
                                :
OFFICER MARK STRAUBEL AND       :
OFFICER RAYMOND LONG            :
                                :
        Defendants       :   JULY 21, 2005

### DEFENDANTS' PROPOSED SPECIAL VERDICT FORM

1. Has it been proven by a preponderance of the evidence that the Defendant, Mark Straubel, used excessive force in arresting Maria Flores on November 20, 1999?

   \_\_\_\_\_ Yes     \_\_\_\_\_ No

2. Has it been proven by a preponderance of the evidence that the Defendant, Raymond Long, used excessive force in arresting Maria Flores on November 20, 1999?

   \_\_\_\_\_ Yes     \_\_\_\_\_ No

   If your answer is No to questions 1 and 2, please sign as Foreperson.

   If your answer is yes as to either or both questions 1 and 2, go to question number 3.

BMF05096                       1

3.  Has it been proven by a preponderance of the evidence that, even though there was excessive force, would a reasonable police officer in this situation have believed that the force used was reasonable?

    _____ Yes          _____ No

    If you answer yes to question 3, your deliberations are complete and the Foreperson should sign. If you answer No, go to question #4.

4.  What is the amount of damages to the Plaintiff for the harm suffered as a result of the use of excessive force:

    $_____

    _____
    Foreperson