2005 JUL 22 A 10: 21

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA FLORES | : | |
|         Plaintiff, | : | CIV. NO. 3:02CV01970 (RNC)(DFM) |
| vs. | : | |
| OFFICER MARK STRAUBEL AND OFFICER RAYMOND LONG | : | |
|         Defendants | : | JULY 21, 2005 |

### NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

**"DEFENDANTS' PROPOSED SPECIAL VERDICT FORM"**

This document has not been filed electronically because:
- [x] the document cannot be converted to an electronic format
- [ ] the electronic file size of the document exceeds 1.5 megabytes
- [ ] the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
- [ ] Defendant is excused from filing this document by Court order

The document has been manually served on all parties.

THE DEFENDANTS

By: _____
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647/Fed. Bar #05746

BMF05096                              1

## CERTIFICATION

This is to certify that a copy of the "Notice of Manual Filing" has been mailed, postage prepaid, on this 21st day of July, 2005, to:

E. Gregory Cerritelli, Esq.
7-9 Elm Street, Suite 2L
New Haven, CT  06510

_____
Barbara Brazzel-Massaro