UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARIA FLORES,

    Plaintiff,

v.                                    CASE NO. 3:02CV1970(DFM)

MARK STRAUBEL AND
RAYMOND LONG,

    Defendants.

## NOTICE AND ORDER

On May 9, 2005, the court issued a Pretrial Order instructing the parties to submit a Supplemental Joint Trial Memorandum. (Doc. #29.) The Supplemental Joint Trial Memorandum was to include a list of the witnesses and any objections to the anticipated testimony. The parties also were to furnish a list of exhibits with a brief description of each exhibit and state whether the parties agree that the exhibit may be admitted as evidence and, if not, the basis of the objection. The document also was to include joint requests for jury instructions. Finally, because the issue of qualified immunity is not going to be submitted to the jury, the parties were instructed to provide the court with jointly prepared factual interrogatories for submission to the jury, the responses to which will be used by the court in determining qualified immunity. See Kerman v. City of New York, 374 F.3d 93 (2d Cir. 2004); Cowan ex rel. Estate of Cooper v. Breen, 352 F.3d 756 (2d Cir. 2003) (ultimate question on qualified immunity should be

resolved by the court as it is a question of law). The parties did not provide the information required by the court's pretrial order.[1] By August 1, 2005, the parties shall submit a Supplemental Joint Trial Memorandum that provides the information required by the court's pretrial order.

SO ORDERED at Hartford, Connecticut this 27th day of July, 2005.

/s/

Donna F. Martinez
United States Magistrate Judge

---

[1] The only documents filed by the parties subsequent to the court's May 9, 2005 order were separately filed verdict forms (docs. #30, 35, 36) that did not contain factual interrogatories and plaintiff's supplemental jury instructions that included instructions for qualified immunity. (Doc. #34.)