UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA FLORES, | : | 3:02 CV-1970 (RNC) |
|           Plaintiff, | : | |
| V. | : | |
| MARK STRAUBEL & RAYMOND LONG | : | |
|           Defendants. | : | AUGUST 1, 2005 |

**JOINT PROPOSED SPECIAL VERDICT FORM AND FACT INTERROGATORIES**

Pursuant to the Court's Order dated May 6, 2005 and the United State's District Court, District of Connecticut, Standing Order regarding Trial Memoranda in Civil Cases, through counsel undersigned, the plaintiff and defendants respectfully submits the following proposed Fact Interrogatories:

**THE JURY MUST UNANIMOUSLY AGREE ON THE ANSWERS TO ALL OF THE FOLLOWING QUESTIONS:**

**Questions PART I:**   **LIABILITY**

1(a)  Do you find by a preponderance of the evidence the defendant Officer Raymond Long liable for violating Maria Flores' constitutional right to be free from excessive force?

                YES____       NO____

1(b)  Do you find by a preponderance of the evidence the defendant Officer Mark Straubel liable for violating Maria Flores' constitutional right to be free from excessive force?

YES____        NO____

1(c)  Do you find by a preponderance of the evidence the defendant Officer Mark Straubel liable for committing an assault and battery upon the plaintiff Maria Flores?

YES____        NO____

1(d)  Do you find by a preponderance of the evidence the defendant Officer Raymond Long liable for committing an assault and battery upon the plaintiff Maria Flores?

YES____        NO____

1(e)  Do you find by a preponderance of the evidence the defendant Officer Mark Straubel liable for intentionally inflicting emotional distress upon the plaintiff Maria Flores?

YES____        NO____

1(f)  Do you find by a preponderance of the evidence the defendant Officer Raymond Long liable for intentionally inflicting emotional distress upon the plaintiff Maria Flores?

YES____        NO____

**PART II**          **SPECIAL INTERROGATORIES**

2a.    Did the plaintiff Maria Flores prove by a preponderance of the evidence the defendant Mark Straubel yank plaintiff from her vehicle and slam her to the ground with no objective reasonable basis?

YES____        NO____

2b.     Did the plaintiff Maria Flores prove by a preponderance of the evidence the defendant Mark Straubel picked plaintiff up by her hair with no objective reasonable basis?

YES_____        NO_____

2c.     Did the plaintiff Maria Flores prove by a preponderance of the evidence the defendant Raymond Long struck her in the back of the head with no objective reasonable basis?

YES_____        NO_____

2d.     Did the plaintiff Maria Flores prove by a preponderance of the evidence the defendant Raymond Long sprayed plaintiff with pepper spray with no objective reasonable basis?

YES_____        NO_____

**PART III         COMPENSATORY DAMAGES**

If you have answered "yes" to any of the questions above what amount do you award to compensate the plaintiff for the injuries proximately caused by either defendant?

$_____

**PART IV         PUNITIVE DAMAGES**

If you find the defendant Mark Straubel liable in Section I, do you find the defendant is also liable for punitive damages?

YES_____          NO_____

If you answered "yes," what amount of punitive damages, if any, do you award?

$_____

If you find the defendant Raymond Long liable in Section I, do you find the defendant is also liable for punitive damages?

YES_____          NO_____

If you answered "yes," what amount of punitive damages, if any, do you award?

$_____

You have now completed your deliberations.

**AFTER YOU HAVE COMPLETED YOUR DELIBERATIONS, THE FOREPERSON SHOULD SIGN AND DATE THE SPECIAL VERDICT FORM, THEN SEND A NOTE TO THE COURT THROUGH THE DEPUTY MARSHAL. DO NOT GIVE THE VERDICT TO THE MARSHAL.**

_____

Foreperson (must be signed in ink)

_____
Date

Respectfully Submitted,

The Plaintiff,
Maria Flores

BY: _____
 E. GREGORY CERRITELLI, ESQ.
 Knight, Conway & Cerritelli, LLC
 Fed. Bar No. ct20784


The Defendants
Mark Straubel
Raymond Long

BY: _____
 BARBARA BRAZZEL-MASSARO
 Associate City Attorney
 OFFICE OF THE CITY ATTORNEY
 999 Broad Street, 2nd Floor
 Bridgeport, CT 06604
 Tel # 203/576-7647
 Fed. Bar No. 05746