UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIA FLORES | : |
| Plaintiff, | : CIV. NO. 3:02CV01970 (DFM) |
| vs. | : |
| OFFICER MARK STRAUBEL AND OFFICER RAYMOND LONG | : |
| Defendants | : AUGUST 8, 2005 |

SUPPLEMENTAL JOINT TRIAL MEMORANDUM

Pursuant to the court order on July 27, 2005, the parties submit a supplemental joint trial memorandum addressing the proposed list of witnesses and potential exhibits.

I. List of Witnesses

**The plaintiff anticipates calling the following witnesses at trial:**

Maria Flores, 405B Granfield Avenue, Bridgeport, CT 06608

The plaintiff, Maria Flores, will testify about the facts and circumstances relating to her arrest and brutal beating. She will also testify about her past

medical treatment and how the beating affected her life.  (2.5 hours)

<u>Carmen Montanez</u>, 405B Granfield Avenue, Bridgeport, CT 06608

The witness, Carmen Montanez, is plaintiff's daughter. This witness will testify about the facts that gave rise to her mother's arrest and beating.  (1.0 hour)

<u>Larry Boyd</u>, 427 Colombia Avenue, Marina Village, Bridgeport, CT 06608

The witness was present during the motor vehicle stop and subsequent arrest of plaintiff.  He witnessed all or part of the event that gave rise to the plaintiff's injuries and will testify to his observations and defendants' interaction with plaintiff.  (1/2 hour)

<u>Stephanie Norling</u>, 65 Lovell Street, Stratford, CT 06606

The witness, Stephanie Norling, is plaintiff's babysitter.  This witness will testify about the facts that gave rise to her Ms. Flores' arrest and beating. (1/2 hour)

<u>Mark Straubel</u>, 300 Congress Street, Bridgeport, CT 06604

The defendant will testify concerning his knowledge of events relating to his interaction with the plaintiff, Maria Flores.  (1.0 hour)

<u>Raymond Long</u>, 300 Congress Street, Bridgeport, CT 06604

KNIGHT, CONWAY & CERRITELLI, L.L.C.  •  ATTORNEYS AT LAW
7 ELM ST., SUITE 2L  •  NEW HAVEN, CONNECTICUT 06510  •  (203) 624-6115 • FAX (203) 624-4791

The defendant will testify concerning his knowledge of events relating to his interaction with the plaintiff, Maria Flores.  (1.0 hour)

Records Custodian, Bridgeport Hospital, 267 Grant Street, New Haven, CT 06504

The plaintiff will call a records custodian from Bridgeport Hospital to testify concerning the business nature of medical records contained at Bridgeport Hospital prepared for the treatment of Maria Flores.

Records Custodian, Medical Office of Eric Katz, 3180 Main Street, Bridgeport, CT 06606

The plaintiff will call a records custodian from Dr. Eric Katz office to testify concerning the business nature of medical records contained at this medical office prepared for the treatment of Maria Flores.

Records Custodian, Medical Office of Firgeleski Chiropractic Center, 2 Daniels Farms Road, Trumbull, CT 06611

The plaintiff will call a records custodian from Dr. Joseph Firgeleski's office to testify concerning the business nature of medical records contained at this medical office prepared for the treatment of Maria Flores.

**The defendants anticipate calling the following witnesses at trial:**

Sergeant Mark Straubel, 300 Congress Street, Bridgeport, CT 06604

KNIGHT, CONWAY & CERRITELLI, L.L.C. • ATTORNEYS AT LAW
7 ELM ST., SUITE 2L • NEW HAVEN, CONNECTICUT 06510 • (203) 624-6115 • FAX (203) 624-4791

Sergeant Straubel may testify as to the events surrounding the arrest of Ms. Flores, his familiarity with the area, and the basis of his stop of her automobile. (1.0 hour)

Police Officer Raymond Long, 300 Congress Street, Bridgeport, CT 06604

Police officer Long may testify as to his assistance in the arrest of Ms. Flores observations at the time of the arrest. (1.0 hour)

Representative from Office of Internal Affairs, 999 Broad Street

May testify as to the booking procedure and booking video regarding Ms. Flores. (15 minutes)

Sergeant James Baraja, 999 Broad Street, Bridgeport, CT 06604

Sergeant Baraja may testify as to his actions at the location where Ms. Flores was arrested and what he saw and heard from Ms. Flores and others at the time. (30 minutes)

Police Officer John Cummings, 300 Congress Street, Bridgeport, CT 06604

Police Officer Cummings may testify as to what he saw and did when he arrived at Ridge Avenue at Columbia Street on November 20, 1999 in response to the incident with Ms. Flores. (30 minutes)

Police Officer Manual Cotto, 300 Congress Street, Bridgeport, CT 06604

Police Officer Cotto may testify as to what he saw and did when he arrived at Ridge Avenue at Columbia Street on November 20, 1999 in response to the incident with Ms. Flores. (30 minutes)

<u>Sergeant Brian Fitzgerald</u>, 300 Congress Street, Bridgeport, CT 06604

Sergeant Fitzgerald may testify as to his assistance with Ms. Flores on November 20, 1999. (20 minutes)

<u>Police Officer Frank Delbouno</u>, 300 Congress Street, Bridgeport, CT 06604

Police Officer Delbouno may testify as to what he saw and did when he arrived as a cover on the incident involving Ms. Flores on November 20, 1999. (20 minutes)

<u>Physician Assistant John Woods</u>, Bridgeport Hospital Emergency Room, Mill Hill Avenue, Bridgeport, CT 06604

Mr. Woods may testify concerning the injury he saw to Ms. Flores, the treatment and the causes of such injury. (30 minutes)

<u>Sergeant Bruce Belco</u>, 300 Congress Street, Bridgeport, CT 06604

Sergeant Belco may testify as to Ms. Flores's actions an demeanor and state of Mind in the Booking Area of the Bridgeport Police Department. (15 minutes)

<u>Detective Joette Devan</u>, 300 Congress Street, Bridgeport, CT

KNIGHT, CONWAY & CERRITELLI, L.L.C. • ATTORNEYS AT LAW
7 ELM ST., SUITE 2L • NEW HAVEN, CONNECTICUT 06510 • (203) 624-6115 • FAX (203) 624-4791

Detective Devan may testify as to Flores' actions, demeanor and state of mind in the Booking Area of the Bridgeport Police Department. (15 minutes)

Leo Rossitto, 933 E. Main Street, Bridgeport, CT 06604

Mr. Rossitto may testify as to the employment of Ms. Flores and his involvement in this action. (15 minutes)

## II. Exhibits

**Plaintiff's Anticipated Exhibits**

Medical Reports from Bridgeport Hospital dated 11/20/1999

Medical Bills from Bridgeport Hospital

Medical Reports from Dr. Katz from 12/9/99, 1/31/00, 9/1/00

Medical Bills from Dr. Katz

Medical Reports from Dr. Joseph Firgeleski dated 11/29/99 through 7/5/00

Medical Bills from Dr. Joseph Firgeleski dated 11/29/99 through 7/5/00

Photographs depicting plaintiff's injuries

Photographs depicting Columbia Street, Bridgeport

**Defendants' Anticipated Exhibits:**

KNIGHT, CONWAY & CERRITELLI, L.L.C.  •  ATTORNEYS AT LAW
7 ELM ST., SUITE 2L  •  NEW HAVEN, CONNECTICUT 06510  •  (203) 624-6115 • FAX (203) 624-4791

Flashlight of police officer

Statement of Maria Flores

Statement of Stephanie Norling

Statement of Carmen Montanez

Weather Records for November 20, 1999

Work Records for Ms. Flores

Use of Force Form filled out by Police Officer Long

List of cases in which Mr. Larry Boyd was witness of complainant to Police Department

Handcuffs

Photo of Area

Map of Area and Streets

OC Spray Case

Prisoner Inventory Sheet from Booking

Telephone Request Sheet from Booking

Daily log-Booking for Saturday November 20, 1999

Booking Tape re: Ms. Flores Booking

Flores Drawing re: Area of Stop, Ex. 13-Flores Deposition

### III. Anticipated Evidentiary Problems Motions in Limine

1) Motion to Sequester Witnesses
2) Defendants object to plaintiff's use of Dr. Firgeleski's report as an exhibit, claiming it is too speculative and without foundation.

THE PLAINTIFF                       THE DEFENDANTS
MARIA FLORES                        MARK STRAUBEL & RAYMOND LONG

By: _____       By: _____
    E. Gregory Cerritelli               Barbara Brazzel-Massaro
    7 Elm Street                        Associate City Attorney
    Suite 2L                            Office of the City Attorney
    New Haven, CT 06510                 999 Broad St., 2nd Floor
    203-624-6115 (tel)                  Bridgeport, CT 06604
    203-624-4791 (fax)                  203-576-7647 (tel)
    Federal Bar No. Ct20784             Federal Bar No. 05746