FILED

2005 AUG 17 A 11: 45

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA FLORES, | : | 3:02 CV-1970 (RNC) |
| Plaintiff, | : | |
| V. | : | |
| MARK STRAUBEL & RAYMOND LONG | : | |
| Defendants. | : | AUGUST 11, 2005 |

## PLAINTIFF'S PROPOSED EXHIBIT LIST

Pursuant to the Court's Pretrial Order of May 9, 2005 the plaintiff submits herewith its proposed exhibit list.

**Exhibit 1:** Photograph of the car in front of Marina Village Market.

**Objection:** None

**Exhibit 2:** Photograph of Marina Village Market.

**Objection:** None

**Exhibit 3:** Photograph of the area near Marina Village Housing Project.

**Objection:** None

**Exhibit 4:** Photograph of the area near Marina Village Housing Project.

               **Objection:**    None

**Exhibit 5:**    Photograph of injury to plaintiff's right eye.

               **Objection:**    None

**Exhibit 6:**    Photograph depicts what plaintiff was wearing at the time of the assault.

               **Objection:**    None

**Exhibit 7:**    Photograph depicts what plaintiff was wearing at the time of the assault.

               **Objection:**    None

**Exhibit 8:**    Photograph of plaintiff's head/eye injury.

               **Objection:**    None

**Exhibit 9:**    Photograph of injury to plaintiff's head (behind left ear).

               **Objection:**    None

**Exhibit 10:**    Photograph of injury to plaintiff's head.

               **Objection:**    None

**Exhibit 11:**    Bridgeport Hospital Emergency Room report.

               **Objection:**    None

**Exhibit 12:** Bridgeport Hospital billing statement.

**Objection:** None

**Exhibit 13:** Firgeleski Chiropractic Center reports.

**Objection:** Yes. Defendant objects to the introduction of Dr. Firgeleski's final report inasmuch as it goes beyond a chiropractic report and is speculative and without foundation. Moreover, the defendants contend that Dr. Firgeleski under Final Diagnosis indicates that the injuries are resolved and then goes on to include a paragraph about complications. Accordingly, the defendants believe this report is unreliable and inconsistent. Moreover, the defendants note that it appears the notes and records of Dr. Firgeleski are incomplete.

**Exhibit 14:** Dr. J. Firgeleski billing statement.

**Objection:** None

**Exhibit 15:** Dr. Eric Katz's billing statement.

**Objection:** None

**Exhibit 16:** Dr. Eric Katz's reports and findings.

**Objection:** None

The Plaintiff,

BY: _____
E. GREGORY CERRITELLI, ESQ.
Knight, Conway & Cerritelli, LLC
Fed. Bar No. ct20784