UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA FLORES, | : | 3:02 CV-1970 (RNC) |
| Plaintiff, | : | |
| V. | : | |
| MARK STRAUBEL & RAYMOND LONG | : | |
| Defendants. | : | AUGUST 23, 2005 |

### STIPULATION OF DISMISSAL

Pursuant to the F.R.C.P. 41(a)(1), the Plaintiff, Maria Flores, and the Defendants, Mark Long and Raymond Straubel, hereby stipulate to a dismissal of the above-captioned matter, with prejudice and without costs to either party.

THE PLAINTIFF, MARIA FLORES

BY:
E. GREGORY CERRITELLI
7 Elm Street, New Haven, CT 06510
Tel# 203/624-6115
Fed. Bar No. ct 20784

THE DEFENDANTS MARK STRAUBEL
and RAYMOND LONG

BY:
BARBARA BRAZZEL-MASSARO
OFFICE OF THE CITY ATTORNEY
999 Broad Street, 2nd Floor
Bridgeport, CT 06604
Tel # 203/576-7647
Fed. Bar No. 05746