RECEIVED
OCT 1 9 2005

FILED
2005 OCT 19 A 11: 34
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIA FLORES, | : 3:02 CV-1970 (DFM) |
| Plaintiff, | : |
| V. | : |
| MARK STRAUBEL & RAYMOND LONG | : |
| Defendants. | : OCTOBER 17, 2005 |

### MOTION FOR RETURN OF BOND

Pursuant to the Local Rule 83.3, the Plaintiff, Maria Flores, moves the Court to order return of bond in the amount of $500.00, which was previously posted as security for costs.

THE PLAINTIFF, MARIA FLORES

_____
E. GREGORY CERRITELLI, ESQ.
Knight, Conway & Cerritelli, LLC
7 Elm Street, New Haven, CT 06510
Tel (203) 624-6115
Fed. Bar No. ct20784

### CERTIFICATION

I hereby certify the above motion was mailed this 17th day of October, 2005 to the below parties of record:

BARBARA BRAZZEL-MASSARO
OFFICE OF THE CITY ATTORNEY
999 Broad Street, 2nd Floor
Bridgeport, CT 06604

_____
E. Gregory Cerritelli